# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2022

## NO. 03-22-00186-CV

**NP Skyloft Equity, LLC; Nelson Partners, LLC; and Patrick Nelson, Appellants**

**v.**

**Stacy R. Schiffman; Adelaida Martinez; William D. and Susan M. Madden; A.H. Root Building, LLC; Ryan and Lissa Ong Living Trust; Black Tortuga Group, LLC; Alla Investments, LLC; 2M & 3D Ltd., Texas Limited Partnership; Butt Rentals, LLC; Hugh G. Dykes III, Trustee of the Dykes Family Revocable Trust dated July 7, 2004; Sydney Crisp and Nicola Crisp; Daniel M. Bell; William Smith; Paul Tessier, Co-Trustee of the Anne T. Tessier Family Trust; Donna Decker, Trustee of the Dekker-Robertson Family Trust; Harry V. and Joanne P. Hansen, Trustees of the Hansen Family Trust; Lawrence K. Samuels and Jane Heider, Trustees of the Heider Samuels Family Trust dated June 29, 2007; John C. Polk and Janice C. Polk; and James V. Parziale, Trustee of the Parziale Family Trust, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on March 29, 2022. Appellants have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall bear all costs relating to this appeal, both in this Court and in the court below.